**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
| --- | --- | --- |
| | § | |
| CENTER HOLDING COMPANY | § | Case No. 10-36982 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/21/2013 in Courtroom 644,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2013               By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CENTER HOLDING COMPANY | § | Case No. 10-36982 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 181,133.46 |
| and approved disbursements of | $ | 151,320.74 |
| leaving a balance on hand of[1] | $ | 29,812.72 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 12,306.67 | $ 0.00 | $ 12,306.67 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 28,882.50 | $ 24,695.00 | $ 4,187.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 19.70 | $ 15.30 | $ 4.40 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 4,356.30 | $ 2,693.70 | $ 1,662.60 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 30.50 | $ 13.90 | $ 16.60 |
| Other: ERIC JANSSEN | $ 2,750.00 | $ 2,750.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 213.44 | $ 213.44 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 18,177.77 |
| Remaining Balance | $ | 11,634.95 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 210,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 62.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ROARING FORK CAPITAL PARTNERS | $ 210,000.00 | $ 120,000.00 | $ 11,634.95 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,634.95 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

NONE

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0 percent, plus interest (if applicable).

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-36982-PSH
Center Holding Company                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers           Page 1 of 2         Date Rcvd: Apr 19, 2013
                              Form ID: pdf006        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2013.
```
db          +Center Holding Company,    6000 S. Pulaski Road,    Chicago, IL 60629-4538
aty         +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
aty          Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
              Chicago, IL   60610
16012998    +AMI Communication,    1892 E. Fabyan Parkway,    Batavia, IL 60510-1498
16012999    +Citibusiness Cards,    P.O. Box 688901,    Des Moines, IA 50368-8901
16013000    +RMS,   4836 Brecksville Road,    P.O. Box 509,    Richfield, OH 44286-0509
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Frank/Gecker LLP
16308078     Roaring Fork Capital Partners,   C/o Frank Marco, Gregorio & Assc,
              2 N Lasalle Street, suite 1650
```
                                                                        TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2013**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: mmyers                Page 2 of 2                  Date Rcvd: Apr 19, 2013
                               Form ID: pdf006             Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2013 at the address(es) listed below:
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Frank  Marco    on behalf of Creditor    Roaring Fork Capital Partners d/b/a Re/Max Northern
           Illinois fmarco@gregoriolaw.com,  sbain@gregoriolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ted  Smith    on behalf of Debtor    Center Holding Company ted.smith@smithortiz.com,
           raquel.ortiz@smithortiz.com
          Zane L Zielinski    on behalf of Accountant    Alan D. Lasko & Associates, P.C.
           zzielinski@fgllp.com,   csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                                TOTAL: 6