UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
CENTER HOLDING COMPANY § Case No. 10-36982
§
Debtor(s) §

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter      on            . The case was pending for      months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Bank of New York Mellon | | | | | |
| UNITED STATES TREASURY | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ERIC JANSSEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMI Communication 1892 E. Fabyan Parkway Batavia, IL 60510 | | | | | |
| | Citibusiness Cards P.O. Box 688901 Des Moines, IA 50368 | | | | | |
| | RMS 4836 Brecksville Road P.O. Box 509 Richfield, OH 44286 | | | | | |
| 000001 | ROARING FORK CAPITAL PARTNERS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-36982 | PSH | Judge: Pamela S. Hollis | | Trustee Name: | Frances Gecker |
| Case Name: | CENTER HOLDING COMPANY | | | | Date Filed (f) or Converted (c): | 08/18/10 (f) |
| | | | | | 341(a) Meeting Date: | 10/21/10 |
| For Period Ending: | 07/10/13 | | | | Claims Bar Date: | 10/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 12.94 | FA | 0.00 | 0.00 |
| 2. Old office furniture | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT | 18.79 | 18.79 | | 0.00 | FA | 0.00 | 0.00 |
| 4. CHECKING ACCOUNT | 1,899.64 | 1,899.64 | | 146,900.57 | FA | 0.00 | 0.00 |
| 5. ESCROW MONEY FOR PROPERTY HELD BY DEBTOR (u) | 0.00 | 34,219.95 | | 34,219.95 | FA | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $1,918.43 | $36,138.38 | | $181,133.46 | $0.00 | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 10/01/12      Current Projected Date of Final Report (TFR): 03/29/13

/s/   Frances Gecker
_____ Date: 07/10/13
    FRANCES GECKER

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-36982 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | CENTER HOLDING COMPANY | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5139  MONEY MARKET |
| Taxpayer ID No: | *******4364 | | |
| For Period Ending: | 07/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  02/03/11 | 5 | JP Morgan Chase Bank, N.A. Cashier's Check of Debtor's Bank Account | ESCROW FOR PROPERTY HELD BY DEBTOR | 1229-000 | 34,219.95 | | 34,219.95 |
| C  02/08/11 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | BLANKET BOND | 2300-000 | | 38.96 | 34,180.99 |
| C  02/28/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.19 | | 34,181.18 |
| C  03/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.29 | | 34,181.47 |
| C  04/26/11 | 4 | Bank of America, N.A. San Antonio, Texas | | 1129-000 | 146,900.57 | | 181,082.04 |
| C  04/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.43 | | 181,082.47 |
| C  05/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.55 | | 181,084.02 |
| C  06/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.49 | | 181,085.51 |
| C  07/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.53 | | 181,087.04 |
| C  08/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.55 | | 181,088.59 |
| C  09/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.49 | | 181,090.08 |

Page Subtotals     181,129.04     38.96

Ver: 17.02e

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-36982 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | CENTER HOLDING COMPANY | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5139  MONEY MARKET |
| Taxpayer ID No: | *******4364 | | |
| For Period Ending: | 07/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  10/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.54 | | 181,091.62 |
| C  10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 230.70 | 180,860.92 |
| C  11/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.49 | | 180,862.41 |
| C  11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 222.98 | 180,639.43 |
| C  12/29/11 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.39 | | 180,640.82 |
| C t  12/29/11 | | Transfer to Acct #*******2558 | Bank Funds Transfer | 9999-000 | | 180,640.82 | 0.00 |

|   |   |
|---|---|
| COLUMN TOTALS | 181,133.46   181,133.46   0.00 |
| Less: Bank Transfers/CD's | 0.00   180,640.82 |
| Subtotal | 181,133.46   492.64 |
| Less: Payments to Debtors | 0.00 |
| Net | 181,133.46   492.64 |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals     4.42     181,094.50

Ver: 17.02e

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-36982 -PSH | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | CENTER HOLDING COMPANY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2558 GENERAL CHECKING |
| Taxpayer ID No: | *******4364 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 12/29/11 | | Transfer from Acct #*******5139 | Bank Funds Transfer | 9999-000 | 180,640.82 | | 180,640.82 |
| C 02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | 174.48 | 180,466.34 |
| C 06/15/12 | 001001 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603   Fees 2,693.70 Expenses 13.90 | 1st Fee App - Order dated 6/14/12    3410-000 3420-000 | | | 2,707.60 | 177,758.74 |
| C 06/15/12 | 001002 | Eric Janssen Chicago Real Estate Resources 205 N. Michigan Ave., Suite 2950 Chicago, IL 60601 | Pursuant to order dated 6/14/12 | 3510-000 | | 2,750.00 | 175,008.74 |
| C 06/25/12 | 001003 | ROARING FORK CAPITAL PARTNERS 2205 POINT BLVD., SUITE 100 ELGIN, IL 60123 | Order dated 6/14/12 | 7100-000 | | 120,000.00 | 55,008.74 |
| C 06/29/12 | 001004 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Order dated 6/28/12 | | | 24,710.30 | 30,298.44 |

Page Subtotals 180,640.82 150,342.38

Ver: 17.02e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-36982 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | CENTER HOLDING COMPANY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2558 GENERAL CHECKING |
| Taxpayer ID No: | *******4364 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees       24,695.00 | 3110-000 | | | |
| | | | Expenses      15.30 | 3120-000 | | | |
| C  12/03/12 | 001005 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH  45999-0012 | FEIN: 36-3694364  1120S (2011)<br>LATE FEE | 2810-000 | | 390.00 | 29,908.44 |
| C t  02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 29,908.44 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | | COLUMN TOTALS | | 180,640.82 | 180,640.82 | 0.00 |
| | | Less: Bank Transfers/CD's | | 180,640.82 | 29,908.44 | |
| ***  Reversed** | | Subtotal | | 0.00 | 150,732.38 | |
| **t  Funds Transfer** | | Less: Payments to Debtors | | | 0.00 | |
| **C  Bank Cleared** | | Net | | 0.00 | 150,732.38 | |

Page Subtotals    0.00    30,298.44

Ver: 17.02e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-36982 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | CENTER HOLDING COMPANY | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7072 GENERAL CHECKING |
| Taxpayer ID No: | *******4364 | | |
| For Period Ending: | 07/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 29,908.44 | | 29,908.44 |
| C 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | 26.98 | 29,881.46 |
| C 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 24.36 | 29,857.10 |
| * C 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-003 | | 44.38 | 29,812.72 |
| * C 04/17/13 | | Reverses Adjustment OUT on 04/05/13 | BANK SERVICE FEE<br>Bank charged fee after STOP BANK FEES had been issued. Bank of New York Mellon refunded fee. | 2600-003 | | -44.38 | 29,857.10 |
| C 05/23/13 | 010001 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 12,306.67 | 17,550.43 |
| C 05/23/13 | 010002 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee<br><br>Fees        4,187.50<br>Expenses      4.40 | <br><br><br><br>3110-000<br>3120-000 | | 4,191.90 | 13,358.53 |
| | | | Page Subtotals | | 29,908.44 | 16,549.91 | |

Ver: 17.02e

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-36982 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | CENTER HOLDING COMPANY | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7072 GENERAL CHECKING |
| Taxpayer ID No: | *******4364 | | |
| For Period Ending: | 07/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 05/23/13 | 010003 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Accountant for Trustee Fees (Other | | | | 1,679.20 | 11,679.33 |
| | | | Fees | 1,662.60 | 3410-000 | | | |
| | | | Expenses | 16.60 | 3420-000 | | | |
| C 05/23/13 | 010004 | ROARING FORK CAPITAL PARTNERS<br>C/O FRANK MARCO, GREGORIO & ASSC<br>2 N LASALLE STREET, SUITE 1650 | Claim 000001, Payment 5.56% | | 7100-000 | | 11,679.33 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 29,908.44  29,908.44  0.00 |
| Less: Bank Transfers/CD's | 29,908.44  0.00 |
| Subtotal | 0.00  29,908.44 |
| Less: Payments to Debtors | 0.00 |
| Net | 0.00  29,908.44 |

\* Reversed
t Funds Transfer
C Bank Cleared

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5139 | 181,133.46 | 492.64 | 0.00 |
| GENERAL CHECKING - ********2558 | 0.00 | 150,732.38 | 0.00 |
| GENERAL CHECKING - ********7072 | 0.00 | 29,908.44 | 0.00 |
| | 181,133.46 | 181,133.46 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    13,358.53

Ver: 17.02e

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 10-36982 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | CENTER HOLDING COMPANY | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7072 GENERAL CHECKING |
| Taxpayer ID No: | *******4364 | | | |
| For Period Ending: | 07/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

Trustee's Signature:      /s/      Frances Gecker    Date: 07/10/13
                    FRANCES GECKER

Page Subtotals          0.00          0.00

Ver: 17.02e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*